**B6 Summary (Official Form 6 - Summary) (12/07)**

# United States Bankruptcy Court
# Central District of Illinois

In re **Peters Machine, Inc.**,      Case No. **11-72051**
Debtor

Chapter **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 2,165,804.59 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 3 | | $ 3,933,922.61 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 3 | | $ 1,355,523.73 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 14 | $ 2,165,804.59 | $ 5,289,446.34 | |

**Form 6 - Statistical Summary (12/07)**

# United States Bankruptcy Court
## Central District of Illinois

In re **Peters Machine, Inc.**
Debtor

Case No. **11-72051**
Chapter **11**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ 0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ 0.00 |
| Student Loan Obligations (from Schedule F) | $ 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $ 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ 0.00 |
| TOTAL | $ 0.00 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ 0.00 |
| Average Expenses (from Schedule J, Line 18) | $ 0.00 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $ 0.00 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ 802,824.60 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ 0.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ 0.00 |
| 4. Total from Schedule F | | $ 1,355,523.73 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ 2,158,348.33 |

B6A (Official Form 6A) (12/07)

In re: **Peters Machine, Inc.**,   Case No. **11-72051**
**Debtor**   (If known)

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ▶ | **0.00** | |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re **Peters Machine, Inc.**, Case No. **11-72051**
          Debtor                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash on hand** | | **300.00** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Regions Bank checking account.** | | **57,312.05** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Thrivent for Lutherans. All insurance is term.** | | **0.00** |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable.**<br>Less than 30 days old - $203,809.76<br>31-60 days old - $146,342.78<br>Over 90 days old - $15,940.00 | | **366,092.54** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re **Peters Machine, Inc.**,     Case No. **11-72051**

Debtor     **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Chrysler 300 automobile** | | **10,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 16 foot gooseneck trailer purchased in 2007 for $5,500.00.** | | **1,000.00** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2009 Dodge Ram** | | **20,000.00** |
| 26. Boats, motors, and accessories. | | **1978 Inboard/Outboard Century boat and trailer.** | | **1,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **Office equipment, furnishings and supplies** | | **10,000.00** |
| 29. Machinery, fixtures, equipment and supplies used in business. | | **Business machinery, fixtures, equipment and supplies** | | **1,700,000.00** |
| 30. Inventory. | X | | | |
| 31. Animals. | | **3 watch dogs** | | **100.00** |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re **Peters Machine, Inc.**                                    ,        Case No. **11-72051**
                              **Debtor**                                                    **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | __2__ continuation sheets attached    Total ➢ | | **$2,165,804.59** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6D (Official Form 6D) (12/07)

In re **Peters Machine, Inc.**                              , Case No. **11-72051**
**Debtor**                                                    **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Hickory Point Bank**<br>**P. O. Box 2458**<br>**Decatur, IL 62525-2548** | | | **08/01/2009**<br>**Security Agreement**<br>**Truck loan; 2009 Dodge 3500 Ram pickup; chassis cab truck**<br><br>**VALUE $24,000.00** | | | | 8,900.00 | 0.00 |
| ACCOUNT NO.<br><br>**Regions Bank**<br>**350 N. Water St.**<br>**Decatur, IL 62523**<br><br>**Mark R. Wenzel**<br>**Kreig Devault**<br>**One Indiana Square**<br>**Suite 2800**<br>**Indianapolis, IN 46204-2079**<br><br>**Heath E. Uppencamp**<br>**Attorney at Law**<br>**1101 Broadway**<br>**P. O. Box 889**<br>**Mattoon, IL 61938** | | X | **Non-Purchase Money Security Agreement**<br>**Regions Bank guarantys of J L Nelson Realty, LLC notes. Secured by equipment, accounts receivable of Debtor, Peters Machine, Inc. Also secured by real estate owned by J L Nelson Realty, LLC. Value of realty is not included in calculation of secured collateral. Accounts receivable - $366,092.54; Business machinery, fixtures, equipment and supplies - $1,700,000.00; office equipment, furnishings and supplies - $10,000.00; cash on hand - $300.00; balance in Regions Bank checking account - $57,312.05; total - $2,133,704.59**<br><br>**VALUE $2,133,704.59** | | | | 1,171,207.55 | 0.00 |

**2** continuation sheets attached

Subtotal ▸
(Total of this page)  $ 1,180,107.55 | $ 0.00

Total ▸
(Use only on last page)  $ | $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re **Peters Machine, Inc.**,    Case No. **11-72051**
       **Debtor**                         **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Regions Bank<br>350 N. Water St.<br>Decatur, IL 62523<br><br>Mark R. Wenzel<br>Kreig Devault<br>One Indiana Square<br>Suite 2800<br>Indianapolis, IN 46204-2079<br><br>Heath E. Uppencamp<br>Attorney at Law<br>1101 Broadway<br>P. O. Box 889<br>Mattoon, IL 61938 | X | | 09/13/2008<br>Security Agreement<br>Commercial security agreements and financing statements securing promissory notes from Peters Machine, Inc. of August 8, 2005, August 15, 2007, and July 30, 2010.<br>_____<br>VALUE: See page 1 | | | | 1,492,060.37 | 529,563.33 |
| ACCOUNT NO. 60-06<br><br>U.S. Small Business Administration<br>409 - 3rd Street, SW<br>Washington, DC 20416<br><br>U.S. Attorney<br>318 South Sixth Street<br>Springfield, IL 62701<br><br>Colson Services<br>101 Barclay Street<br>8th Floor<br>New York, NY 10286<br><br>Small Business Growth Corporation<br>2401 White Oaks Drive<br>Springfield, IL 62704-7423 | X | | 08/14/2007<br>Security Agreement<br>Purchase money interest in equipment - Quick Drill 14', serial #4162<br>_____<br>VALUE $800,000.00 | | | | 825,381.16 | 25,381.16 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)                          $ 2,317,441.53   $ 554,944.49

Total ➤
(Use only on last page)                       $                $

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re  **Peters Machine, Inc.**                                           ,   Case No.  **11-72051**
         **Debtor**                                                               **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 4010<br>U.S. Small Business Administration<br>409 - 3rd Street, SW<br>Washington, DC  20416<br><br>U.S. Attorney<br>318 South Sixth Street<br>Springfield, IL  62701<br><br>Colson Services<br>101 Barclay Street<br>8th Floor<br>New York, NY  10286<br><br>Small Business Growth Corporation<br>2401 White Oaks Drive<br>Springfield, IL  62704-7423 | X | | 07/12/2006<br>Security Agreement<br>Purchase money interest in equipment - Quick Drill 10' , serial #5016<br>_____<br>**VALUE $325,000.00** | | | | 188,493.42 | 0.00 |
| ACCOUNT NO. 4006<br>U.S. Small Business Administration<br>409 - 3rd Street, SW<br>Washington, DC  20416<br><br>U.S. Attorney<br>318 South Sixth Street<br>Springfield, IL  62701<br><br>Colson Services<br>101 Barclay Street<br>8th Floor<br>New York, NY  10286<br><br>Small Business Growth Corporation<br>2401 White Oaks Drive<br>Springfield, IL  62704-7423 | X | | 11/01/2004<br>Security Agreement<br>Security interest in equipment<br>_____<br>**VALUE $0.00** | | | | 247,880.11 | 247,880.11 |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➢ (Total of this page)     $ 436,373.53   $ 247,880.11

Total ➢ (Use only on last page)     $ 3,933,922.61  $ 802,824.60

(Report also on Summary of Schedules)   (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re    **Peters Machine, Inc.**                                                                                              Case No.    **11-72051**
                                              Debtor                                                                                                          (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

❑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                   **1**  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re **Peters Machine, Inc.**, Case No. **11-72051**
Debtor (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | | $0.00 |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors Holding Priority Claims

Subtotals ➤ (Totals of this page) $ 0.00 | $ 0.00 | $ 0.00

Total ➤ (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) $ 0.00

Total ➤ (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) $ 0.00 | $ 0.00

B6F (Official Form 6F) (12/07)

In re **Peters Machine, Inc.**,　　　　　　　　　　　　Case No. **11-72051**
　　　　　　　　　　　　**Debtor**　　　　　　　　　　　　　　　　　　**(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐　Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Aramark**<br>**P. O. Box 60445**<br>**St. Louis, MO  63160** | | | **Vendor of debtor; balance per most recent statement.** | | | | **67.20** |
| ACCOUNT NO.<br><br>**Enco**<br>**P. O. Box 357**<br>**Farmingdale, NY  11735-0357** | | | **Vendor of debtor; balance per most recent statement.** | | | | **287.30** |
| ACCOUNT NO.<br><br>**Ferrellgas**<br>**P. O. Box 1003**<br>**Lilberty, MO  64069** | | | **Vendor of debtor; balance per most recent statement.** | | | | **66.72** |
| ACCOUNT NO.<br><br>**Hagerty Industrial Supply**<br>**P. O. Box 1500**<br>**Peoria, IL  61655-1500** | | | **Vendor of debtor; balance per most recent statement.** | | | | **5,289.00** |
| ACCOUNT NO.<br><br>**J L Nelson Realty, LLC**<br>**6 Montgomery Place**<br>**Decatur, IL  62522** | | | **Past due rent on commercial lease** | | | | **263,500.00** |

　　2　Continuation sheets attached

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Subtotal ▶ $　　**269,210.22**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Total ▶ $
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peters Machine, Inc.**, Case No. **11-72051**
Debtor (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jerald L. and Maryel Nelson<br>6 Montgomery Place<br>Decatur, IL 62522 | | | 05/22/2006<br>May 22, 2006 commercial lease with Jerald L. Nelson and Maryel K. Nelson on a new Gantry CNC Drilling Machine. Rent is $9,000.00 a month. Lease expires May 31, 2013. | | | | 180,000.00 |
| ACCOUNT NO.<br>Jerald L. and Maryel Nelson<br>6 Montgomery Place<br>Decatur, IL 62522 | | | 04/01/2007<br>April 1, 2007 lease on used Gantry CNC Drilling Machine | | | | 60,000.00 |
| ACCOUNT NO.<br>Jerald L. and Maryel Nelson<br>6 Montgomery Place<br>Decatur, IL 62522 | | | 11/01/2009<br>Periodic loans between November 2009 and February 2011. | | | | 8,803.80 |
| ACCOUNT NO.<br>MSC<br>6700 Discovery Blvd.<br>Mableton, GA 30126 | | | Vendor of debtor; balance per most recent statement. | | | | 35.78 |
| ACCOUNT NO. 1881<br>Regions Bank<br>350 N. Water St.<br>Decatur, IL 62523 | | | 07/17/2008<br>This note is secured by a mortgage on the business premises, which is owned by J L Nelson Realty, LLC. | | | | 571,374.70 |

Sheet no. 1 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▶ $ **820,214.28**

Total ▶ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re **Peters Machine, Inc.**, Case No. **11-72051**
  Debtor  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **6877**<br>**Regions Bank**<br>**350 N. Water St.**<br>**Decatur, IL 62523** | | | **12/28/2007**<br>**Guaranty by Peters Machine, Inc. of J L. Nelson Realty, LLC loan secured by assets owned either by J L Nelson Realty, LLC or Jerald and Maryel Nelson.** | | | | **220,647.41** |
| ACCOUNT NO. **9001**<br>**Regions Bank**<br>**350 N. Water St.**<br>**Decatur, IL 62523** | | | **03/26/2007**<br>**Guaranty by Peters Machine, Inc. of J L. Nelson Realty, LLC loan secured by assets owned either by J L Nelson Realty, LLC or Jerald and Maryel Nelson. Haas 2003 Drill.** | | | | **33,791.11** |
| ACCOUNT NO.<br>**Robert Smith**<br>**2 Montgomery Place**<br>**Decatur, IL 62522** | | | **02/01/2011**<br>**Personal loan to Peters Machine, Inc.** | | | | **10,000.00** |
| ACCOUNT NO.<br>**Sanders Tools and Supplies**<br>**1506 W. Luthy Drive**<br>**Peoria, IL 61615** | | | **Vendor of debtor; balance per most recent statement.** | | | | **1,660.71** |

Sheet no. 2 of 2 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $ **266,099.23**

Total ➤ $ **1,355,523.73**

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

**B6G (Official Form 6G) (12/07)**

In re: __Peters Machine, Inc._____, Case No. __11-72051_____
       _____Debtor_____           _____(If known)_____

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **J L Nelson Realty, LLC**<br>**6 Montgomery Place**<br>**Decatur, IL  62522** | **December 29,2007 commercial lease to lease the 4.04 acres which consists of the premises upon which the business is operated located at 3765 N.Westlawn, Decatur, IL  625** |
| **Jerald L. and Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL  62522** | **Commercial Equipment lease executed May 22, 2006 with Jerald L. Nelson and Maryel K. Nelson under which debtor leases Peters Machine, Inc. leases a new Gantry CNC Machining Center.** |
| **Jerald L. and Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL  62522** | **Commercial Equipment lease executed April 1, 2007 with Jerald L. Nelson and Maryel K. Nelson under which debtor leases Peters Machine, Inc. leases used CNC Machining Center and Haas drill.** |

B6H (Official Form 6H) (12/07)

In re: **Peters Machine, Inc.**   Case No. **11-72051**
     **Debtor**                        *(If known)*

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jerald L. Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Jerald L. Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522** | **Regions Bank**<br>**350 N. Water St.**<br>**Decatur, IL 62523** |
| **Jerald L. Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Jerald L. Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Jerald L. Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522**<br><br>**Maryel Nelson**<br>**6 Montgomery Place**<br>**Decatur, IL 62522** | **U.S. Small Business Administration**<br>**409 - 3rd Street, SW**<br>**Washington, DC 20416** |

**UNITED STATES BANKRUPTCY COURT**
**Central District of Illinois**

In re: **Peters Machine, Inc.**　　　　　　　　　　　　　　　　　　　Case No. **11-72051**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11**

# BUSINESS INCOME AND EXPENSES

<u>FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS</u> (NOTE: <u>ONLY INCLUDE</u> information directly related to the business operation.)

PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:

　1. Gross Income For 12 Months Prior to Filing:　　　　　　　　　$ **-473,037.40**

PART B - ESTIMATED AVERAGE FUTURE <u>GROSS</u> MONTHLY INCOME:

　2. Gross Monthly Income:　　　　　　　　　　　　　　　　　　　　　　　　$ **190,000.00**

PART C - ESTIMATED FUTURE MONTHLY EXPENSES:

　3. Net Employee Payroll (Other Than Debtor)　　　　　$ **54,000.00**
　4. Payroll Taxes　　　　　　　　　　　　　　　　　　**6,300.00**
　5. Unemployment Taxes　　　　　　　　　　　　　　　　**1,700.00**
　6. Worker's Compensation　　　　　　　　　　　　　　**2,515.00**
　7. Other Taxes　　　　　　　　　　　　　　　　　　　**2,000.00**
　8. Inventory Purchases (Including raw materials)　　　**16,500.00**
　9. Purchase of Feed/Fertilizer/Seed/Spray　　　　　　**0.00**
　10. Rent (Other than debtor's principal residence)　　**6,400.00**
　11. Utilities　　　　　　　　　　　　　　　　　　　　**4,000.00**
　12. Office Expenses and Supplies　　　　　　　　　　　**5,100.00**
　13. Repairs and Maintenance　　　　　　　　　　　　　**2,000.00**
　14. Vehicle Expenses　　　　　　　　　　　　　　　　　**3,000.00**
　15. Travel and Entertainment　　　　　　　　　　　　　**600.00**
　16. Equipment Rental and Leases　　　　　　　　　　　**6,000.00**
　17. Legal/Accounting/Other Professional Fees　　　　　**5,000.00**
　18. Insurance　　　　　　　　　　　　　　　　　　　　**2,900.00**
　19. Employee Benefits (e.g., pension, medical, etc.)　**11,000.00**
　20. Payments to Be Made Directly By Debtor to Secured Creditors For
　　　Pre-Petition Business Debts (Specify):
　　　**None**
　21. Other (Specify):
　　　**None**

　22. Total Monthly Expenses (Add items 3 - 21)　　　　　　　　　　　$ **129,015.00**

PART D - ESTIMATED AVERAGE <u>NET</u> MONTHLY INCOME:

　23. AVERAGE NET MONTHLY INCOME (Subtract Item 22 from Item 2)　　$ **60,985.00**

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re **Peters Machine, Inc.**  
                  Debtor

Case No. **11-72051**  
(If known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____  
Printed or Typed Name and Title, if any,  
of Bankruptcy Petition Preparer

_____  
Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*

_____  
_____  
Address

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I **Jerald L. Nelson**, the **President** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **16** sheets *(Total shown on summary page plus 1)*, and that they are true and correct to the best of my knowledge, information, and belief.

Date **8/17/2011**         Signature: **s/ Jerald L. Nelson**

**Jerald L. Nelson President**  
[Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*