Form omddue

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
226 US Courthouse
600 E Monroe Street
Springfield, IL 62701

*In Re:*   Peters Machine, Inc.
       *Debtor*

*Case No.:* 11–72051

*Chapter:* 11

## ORDER AND DEFICIENCY NOTICE
FAILURE TO FILE THE REQUIRED DOCUMENTS WITHIN THE SPECIFIED TIME
WILL RESULT IN DISMISSAL OF THIS CASE

A petition was filed in the above named case on 8/3/11 . The documents and/or information listed below were not filed with the petition as required. The following documents **must be filed on the most current Official form(s) within 14 days, on 9/9/11 , or the case will be dismissed without further notice.** If the Statement of Intention is required, the Statement of Intention must be filed within 30 days or before the first date set for the meeting of creditors, whichever is earlier. Current *Official forms* may be obtained at www.ilcb.uscourts.gov. Click on *Forms*.

**Missing Documents and/or Information:**

| | | |
|---|---|---|
| ☐ Official form 1, Exhibit D (required for each debtor in a joint case) | ☐ Schedule E | ☐ Statement of Intention |
| ☐ Statement of Financial Affairs | ☐ Schedule F | ☐ Disclosure of Attorney Compensation |
| ☐ Summary of Schedules | ☐ Schedule G | ☐ Appl. for Attorney Compensation |
| ☐ Statistical Summary of Certain Liabilities | ☐ Schedule H | ☐ Chapter 13 Plan |
| ☐ Schedule A | ☐ Schedule I | ☑ Equity Security Holder List |
| ☐ Schedule B | ☐ Schedule J | ☐ List of 20 Largest Unsecured Creditors |
| ☐ Schedule C | ☐ Schedules A–J | ☐ Balance Sheet (Ch 11 SB only) |
| ☐ Schedule D | ☐ Declaration Concerning Schedules | ☐ Stmt. of Operations (Ch 11 SB only) |

☐ Cash Flow Statement (Ch 11 SB only)    ☐ Federal Income Tax Return (Ch 11 SB only)

☐ Schedule of Income and Expenditures (Corporate Debtor)

☐ Application for Waiver of Chapter 7 Filing Fee required

☐ Ch 11 Statement of Current Monthly Income (Official form 22B. Version 12/10)

☐ Ch 13 Statement of Current Monthly Income and Calculation of Commitment Period and Disposable Income (Official form 22C. Version 12/10)

☐ Ch 7 Statement of Current Monthly Income and Means Test Calculation (Official form 22A. Version 12/10)

☐ Declaration of Exemption from Means Test (Local Form. Go to *www.ilcb.uscourts.gov* . Click on Forms. Must be signed by both joint debtors, if any.)

☐ Disclosure of Corporate Ownership Statement pursuant to B.R. 1007(1)

**Dated:** 8/26/11

                                                                                          /S/   Mary P. Gorman
                                                                                       United States Bankruptcy Judge

# GENERAL INFORMATION RE: FILING REQUIREMENTS

*INFORMATION:*

Visit our website at *www.ilcb.uscourts.gov* for more information.

Go to *www.ilcb.uscourts.gov* for information regarding this court's **mandatory** electronic filing policy.

*OFFICIAL FORMS ARE REQUIRED*

Official forms may be obtained at *www.ilcb.uscourts.gov* or a local stationary store. If documents were originally filed on outdated or unofficial forms, refile said documents on official forms. Electronic filers call the court for directions.

*SCHEDULE OF POST PETITION DEBTS:*

Must be filed if only to state "none". Post petition debts filed in the form of an amendment to the liability schedules will **not** satisfy this requirement.

*SCHEDULE OF POST PETITION PROPERTY:*

Must be filed if only to state "none".

*SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS:*

Must be filed if only to state "none".

*DEBTOR'S STATEMENT OF INTENTION re: consumer debts secured by personal property:*

It is the responsibility of the debtor's attorney (debtor, if pro se) to file and serve Statement of Intention on or before the 341(a) meeting date.