**IT IS SO ORDERED.**

**SIGNED THIS: September 13, 2011**

_____
**MARY P. GORMAN**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE:                                    )
                                          )
PETERS MACHINE, INC.,                     )        No. 11-72051
                                          )
        Debtor.                           )

### ORDER AUTHORIZING EMPLOYMENT OF ATTORNEY

NOW THIS CAUSE coming on to be heard upon the Debtor's Application to Employ Attorney; the Court having reviewed the Application and Verified Statement of Professional (F.R.B.P. 2014(b)); and no objections having been filed within the time set by the Court, the Court FINDS that the Application should be allowed.

IT IS THEREFORE ORDERED that:

1.      The Debtor's Application to employ Jeffrey D. Richardson is hereby ALLOWED according to the terms set forth in the Application.

2.      All attorney's fees are subject to Court approval.

### ###