**IT IS SO ORDERED.**

**SIGNED THIS: October 20, 2011**

_____
 **MARY P. GORMAN**
 **UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | ) |
| | ) |
| PETERS MACHINE, INC., | )   No. 11-72051 |
| | ) |
| Debtor. | ) |

### ORDER ALLOWING AMENDED APPLICATION TO EMPLOY ATTORNEY

NOW THIS CAUSE coming on to be heard this 18th day of October, 2011 in Springfield, Illinois upon the Amended Application to Employ Attorney filed by Jeffrey D. Richardson; appearances having been noted in record; the Court having reviewed and considered the record in this case, the amendments filed by Mr. Richardson and his explanation to the Court as to prior documents filed, FINDS that the Amended Application should be allowed.

IT IS THEREFORE ORDERED that:

1. The Debtor's Amended Application to Employ Attorney is hereby ALLOWED according to the terms set forth in the Amended Application.

2. All attorney's fees are subject to Court approval.

###